Argued July 19, reversed July 29, reconsideration denied
August 22, petition for review denied October 1, 1974

STATE OF OREGON, *Appellant, v.* JIMMIE
DALLER KELLER (No. C 74-02-0387 Cr),
*Respondent.*

524 P2d 547

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for appellant. With him on
the brief were Lee Johnson, Attorney General, and
W. Michael Gillette, Solicitor General, Salem.

*H. Philip Eder,* Portland, argued the cause for
respondent. With him on the brief were Ransom,
Hilson & Eder, Portland.

Before SCHWAB, Chief Judge, and THORNTON and
TANZER, Judges.

PER CURIAM.

REVERSED. *State v. Cortman,* 251 Or 566, 571, 446
P2d 681 (1968), *cert denied* 394 US 951 (1969).